DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Ramon Avilez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  v.<br><br>JESUS RAMON AVILEZ,<br><br>  *Defendant.* | No. 1:11-cr-00187 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: January 23, 2012<br>Time: 1:00 P.m.<br>Judge: Hon. Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and JEREMY S. KROGER, Assistant Federal Defender and counsel for Defendant Jesus Ramon Avilez, that the date for status conference in this matter may be continued to January 23, 2012, at 1:00 p.m., or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 21, 2011.  The requested new date is January 23, 2012.**

   This continuance is requested for further negotiation between the parties, as well as defense investigation and preparation.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  further plea negotiations and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For
3  this reason, the ends of justice served by the granting of the requested continuance outweigh the interests
4  of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 18, 2011           By /s/ Laurel Montoya
                                   LAUREL MONTOYA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 18, 2011           By /s/ Jeremy S. Kroger
                                   JEREMY S. KROGER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Jesus Ramon Avilez

## O R D E R

The stipulation is incorrect, in that the currently set Status Conference is NOVEMBER 21, and not December 21.  The good cause provided the Court constitutes good cause.   The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).  GRANTED.

IT IS SO ORDERED.

**Dated:   November 18, 2011**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE