DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jesus Ramon Avilez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00187 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: November 12, 2012 |
| JESUS RAMON AVILEZ, | Time: 8:30 p.m. |
| | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and JEREMY S. KROGER, Assistant Federal Defender and counsel for Defendant Jesus Ramon Avilez, that the change-of-plea hearing in this matter, currently scheduled for October 1, 2012, may be continued to November 13, 2012, at 8:30 a.m., or the soonest date thereafter that is convenient to the Court. Additionally, because of the tentative plea agreement reached by the parties, it is further stipulated that the jury trial currently scheduled for October 16, 2012, be vacated as to Jesus Ramon Avilez, together with any associated dates.

This continuance is requested for further negotiation between the parties, as well as defense investigation and preparation.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for further plea negotiations and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: September 27, 2012          By /s/ Laurel Montoya
                                                LAUREL MONTOYA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: September 27, 2012          By /s/ Jeremy S. Kroger
                                                JEREMY S. KROGER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Jesus Ramon Avilez


## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).


DATED: September 27, 2012

                                                /s/ Lawrence J. O'Neill
                                                LAWRENCE J. O'NEILL, Judge
                                                United States District Court