HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JESUS RAMON AVILEZ

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JESUS RAMON AVILEZ,<br><br>　　　　　　Defendant. | No. 1:11-cr-187 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, JESUS RAMON AVILEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 22, 2013, this Court sentenced Mr. Avilez to a term of 89 months imprisonment;

3. His total offense level was 29, his criminal history category was II, and the resulting guideline range was 97 to 121 months. He received a sentence below the applicable range pursuant to 18 U.S.C. § 3553(a);

4.      The sentencing range applicable to Mr. Avilez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Avilez' total offense level has been reduced from 29 to 27, and his amended guideline range is 78 to 97 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Avilez' term of imprisonment to 78 months, effective November 1, 2015.

Respectfully submitted,

Dated:  September 21, 2015                    Dated:   September 21, 2015

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                       Federal Defender


/s/*Kathleen A. Servatius*                    /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                         HANNAH R. LABAREE
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                        Attorney for Defendant
UNITED STATES OF AMERICA                      JESUS RAMON AVILEZ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Avilez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 78 to 97 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2013 is reduced to a term of 78 months, effective November 1, 2015.  If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.  In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Avilez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **September 22, 2015**                    **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE