AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN  District of  CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No:  1:11-CR-00187-001 LJO |
| JESUS RAMON AVILEZ | ) | |
| | ) | USM No:  66116-097 |
| Date of Original Judgment:  07/22/2013 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  89  months **is reduced to**  78 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/22/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/22/2015         /s/ Lawrence J. O'Neill
                                  *Judge's signature*

Effective Date:  11/01/2015        Honorable Lawrence J. O'Neill, District Court Judge